# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141857

In re ALICE NICOLE SORRELL, PHOENIX NICOLE SORRELL, and LLOYD EDWARD SORRELL, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

FELECIA MICHELLE SORRELL,
       Respondent-Appellant,

and

LLOYD JOHNSON,
       Respondent.
_____/

SC: 141857
COA: 295642
Wayne Circuit Court Family
Division: 08-479551-NA

On order of the Court, the application for leave to appeal the September 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2010

Clerk

d1019